# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS | CASE: **1:14–CV–01955–––JLT** |
| vs. | |
| CITY OF BAKERSFIELD, ET AL. | **ORDER ASSIGNING ACTION TO A SACRAMENTO DISTRICT JUDGE** |

     As a result of the District Judges' caseload in the Fresno Division, the Eastern District of California is assigning civil cases to the court's Sacramento Division on a random basis. This case has been selected for assignment to a District Judge in the Sacramento Division and to a Magistrate Judge in the Fresno Division. Dispositive motions, the final pretrial conference and trial will occur in Sacramento and non–dispositive and discovery motions will occur in the Fresno Division, at the discretion of the assigned District Judge. The only exception will be if all parties affirmatively consent to a Magistrate Judge in the Fresno Division.

     If all parties affirmatively consent to Magistrate Judge jurisdiction, all hearings will remain in the Fresno Division and will not be transferred to Sacramento. The parties may consent or withhold consent to Magistrate Judge jurisdiction without any adverse substantive consequences.

     Magistrate Judges in the Fresno Division are available to conduct all proceedings in this case, including conducting the trial and entering final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73 and Local Rule 305. Just as with an appeal from a judgment entered by a District

/////

Judge, any appeal from a final judgement entered by a United States Magistrate Judge in accordance with this Order will be taken directly to the United States Court of Appeals for the Ninth Circuit.

All pro se litigants shall consider consenting to Magistrate Judge jurisdiction.  Likewise, all counsel shall discuss this issue with their clients and shall consider consenting to Magistrate Judge jurisdiction for all proceedings, including trial.  Within 30 days of the date of this order, pro se litigants and counsel shall file a consent/decline form (provided by the Court herewith).

IT IS SO ORDERED.

DATED:   December 8, 2014

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE