| Attorney or Party without Attorney:<br>Daniel Rodriguez, Esq. (SBN 96625)<br>RODRIGUEZ & ASSOCIATES<br>2020 Eye Street<br>Bakersfield, CA<br>Attorneys for: Plaintiffs | For Court Use Only: |
|---|---|

| Name of Court, Judicial District and Branch<br>UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA ||
|---|---|
| Case Name: KENT WILLIAMS v. CITY OF BAKERSFIELD, ET AL ||
| **PROOF OF SERVICE** | Case Number:<br>1:14-CV-01955-JLT |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. *I served copies of the following:* SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, ORDER SETTING MANDATORY SCHEDULING CONFERENCE, ORDER ASSIGNING ACTION TO A SACRAMENTO DISTRICT JUDGE, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS, CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE, STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

3. *Party Served:* OFFICER COLEMAN
   *Person Served:* KATHERINE DYE, AUTHORIZED TO ACCEPT ON BEHALF OF OFFICER COLEMAN

4. *Address where the party was served:* 1601 TRUXTUN AVENUE, BAKERSFIELD, CA

5. *I served the party:* **By Personal Service.** I personally delivered the documents listed in item 2 to the party listed in item 3 on DECEMBER 9, 2014 at 10:39 A.M.

7. *Person Who Served Papers*:
   a. Jonathan L. Sandidge / Nighthawk Process Service
      P.O. Box 10239
      Bakersfield, CA 93389
   b. The fee for service was $70.00
   c. Registered Process Server
      Kern County #570
      (661) 428-5411

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 11th day of December, 2014.

JONATHAN L. SANDIDGE