Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| KENT WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:14-CV-01955-JLT<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PARTICULAR CAUSES OF ACTION FROM THE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DATE:** April 27, 2015<br>**TIME:** 9:30 a.m.<br>**LOCATION:** 510 19th Street, Suite 200, Bakersfield, California<br><br>*Trial Date: Not Yet Assigned* |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 27, 2015, at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Jennifer L. Thurston at 510 19th Street, Suite 200, Bakersfield, California, Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY) (hereinafter collectively referred to as "Defendants") will, and hereby do, move the Court to dismiss particular causes of action against the Defendants pursuant to F.R.C.P. 12

1  (b)(6) on the grounds that the Plaintiff's causes of action for (1) excessive force in violation of the
2  Fourth Amendment; (2) violation of the Ralph Act; (3) violation of the Unruh Act; (4) Assault; and
3  (5) Battery are not supported by necessary factual allegations and as such, all of these causes of action
4  are subject to dismissal.  In the absence of these allegations, these claims must be dismissed.

5      This motion is based upon this Notice of Motion and Motion and the accompanying
6  Memorandum of Points and Authorities and Request for Judicial Notice.  This motion will be further
7  based upon all pleadings and papers on file in this action, including reply briefs, and upon such other
8  oral and documentary evidence as may be presented to the court at the time of hearing.

9  Dated: March 10, 2015         MARDEROSIAN, CERCONE & COHEN

11      By:   /s/ Michael G. Marderosian
12          Michael G. Marderosian,
        Attorney for Defendants above-named.

MARDEROSIAN,
CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721