1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA 93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued
                  herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued
10                herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| KENT WILLIAMS, | ) | Case No. 1:14-CV-01955-JLT |
|---|---|---|
| Plaintiff, | ) | **ASSOCIATION OF COUNSEL** |
| v. | ) | |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive, | ) | *Trial Date: Not Yet Assigned* |
| Defendants. | ) | |

   VIRGINIA GENNARO, City Attorney for the City of Bakersfield, being the attorney of record for Defendants, Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY) (hereinafter "Defendants") in this action hereby associates Michael G. Marderosian and Heather S. Cohen of the law offices of Marderosian, Cercone & Cohen, co-counsel for Defendants in this matter. The contact information of such associated counsel is as follows:

///

///

Michael G. Marderosian, No. 77296 (mick@mcc-legal.com)
Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
Marderosian, Cercone & Cohen
1260 Fulton Mall
Fresno, CA  93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Dated:  March 10, 2015            VIRGINIA GENNARO
                                  City Attorney


                                  By:  /s/ Virginia Gennaro
                                       VIRGINIA GENNARO
                                       City Attorney
                                       Attorneys for Defendants above named.

   Michael G. Marderosian and Heather S. Cohen of the law offices of Marderosian, Cercone & Cohen hereby accept the above association.

Dated:  March 10, 2015            MARDEROSIAN, CERCONE & COHEN


                                  By:  /s/ Michael G. Marderosian
                                       MICHAEL G. MARDEROSIAN

Dated:  March 10, 2015            MARDEROSIAN, CERCONE & COHEN


                                  By:  /s/ Heather S. Cohen
                                       HEATHER S. COHEN