DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHANTAL TRUJILLO, ESQ., SBN 289493
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 Eye Street
Bakersfield, CA  93301
Tel. No.:   (661) 323-1400
Fax No.:   (661) 323-0132

Attorneys for Plaintiff
KENT WILLIAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENT WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) **DESIGNATION OF COUNSEL** |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY and DOES 1 to 100, Inclusive, | ) |
| | ) |
| Defendants. | ) |

Plaintiff KENT WILLIAMS hereby designates the following attorneys from Rodriguez & Associates as counsel for service in this action:

---

Name:

1. Daniel Rodriguez, Esq., SBN 096625, email
   DR@rodriguezlaw.net
2. Joel T. Andreesen, Esq., SBN 152254, email
   JAndreesen@rodriguezlaw.net
3. Chantal Trujillo, Esq., SBN 289493, email
   Chantal@rodriguezlaw.net

The following attorney is no longer counsel of record in this action:

Name:

1. Martha J. Rossiter, Esq., SBN 256234, email
   MarthaR@rodriguezlaw.net

Dated: March 23, 2015                                  RODRIGUEZ & ASSOCIATES

By: ___/s/ *Daniel Rodriguez*_____/
  DANIEL RODRIGUEZ, ESQ.
  Attorneys for Plaintiff KENT WILLIAMS

DESIGNATION OF COUNSEL

- 2