DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHANTAL A. TRUJILLO, ESQ., SBN 289493
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 Eye Street
Bakersfield, CA  93301
Tel. No.:      (661) 323-1400
Fax No.:      (661) 323-0132

Attorneys for Plaintiff
KENT WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS, | Case No. 1:14-CV-01955-JLT |
| Plaintiff, | **Plaintiff's Amendment Naming Doe 1** |
| vs. | |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY and DOES 1 to 100, Inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    Upon the filing of the complaint, the Plaintiff being ignorant of the true names of the following defendant and having designated the defendant in Plaintiff's Second Amended Complaint by fictitious names, hereby identifies them by their true names as follows:

Doe 1: Sgt. Grubbs

Dated: January 8, 2016                      RODRIGUEZ & ASSOCIATES

                                              By:   /s/ Chantal Trujillo      /
                                              Chantal Trujillo, Esq.
                                              Attorneys for Plaintiff Kent Williams