Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS, | Case No. 1:14-CV-01955-JLT |
| Plaintiff, | **JOINT MID-DISCOVERY STATUS REPORT** |
| vs. | **DATE: May 16, 2016** |
| | **TIME: 9 a.m.** |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive, | **JUDGE: Hon. Jennifer L. Thurston, 510 19th Street, Bakersfield, California** |
| Defendants. | **[Telephonic Appearance Requested by Defendants]** |

Plaintiff KENT WILLIAMS and Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN and OFFICER ANTHONY McCARTHY jointly submit the following mid-discovery status report pursuant to the Scheduling Order dated August 6, 2015, [Dkt. No. 32].

Rule 26 Disclosures have been made.

Written discovery in the form of interrogatories and requests for production of documents has been exchanged among the parties and is not yet complete.

The deposition of Plaintiff Ken Williams was taken on April 22, 2016.

The deposition of former Bakersfield Police Sergeant Joe Grubbs was taken on May 2, 2016.

Defendants have noticed the deposition of Tina Williams for June 10, 2016.

Plaintiffs intend to notice the depositions of Defendants Officer Verion Coleman and Officer Anthony McCarthy for June 10, 2016.

Defendants intend to notice the depositions of additional percipient witnesses for some time in mid June 2016.

The parties believe that discovery is progressing appropriate and will be completed by the August 30, 2016, discovery cutoff date.

Dated:  May 6, 2016                                    MARDEROSIAN & COHEN

                                                                            */s/ Heather S. Cohen*

                                                            By:_____
                                                                    Heather S. Cohen,
                                                                    Attorneys for Defendants
                                                                    above-named.


                                                            RODRIGUEZ & ASSOCIATES

                                                                            */s/ Chantal Trujillo*
                                                            By:_____
                                                                    Chantal Trujillo,
                                                                    Attorneys for Plaintiff