Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS, ) | Case No. 1:14-CV-01955-JLT |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY THE** |
| ) | **SCHEDULING ORDER [DKT. NO. 32];** |
| vs. ) | **[PROPOSED] ORDER THEREON** |
| ) | |
| CITY OF BAKERSFIELD, OFFICER ) | |
| COLEMAN, OFFICER McCARTHY, and ) | |
| DOES 1 to 100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Court should enter an Order amending the Scheduling Order [Dkt. No. 32] in this case, such that the schedule be modified as follows:

///

///

| Deadline | Current Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 30, 2016 | September 20, 2016 |
| Expert Disclosure | September 19, 2016 | October 10, 2016 |
| Rebuttal Expert Disclosure | October 20, 2016 | November 10, 2016 |
| Expert Discovery Cutoff | November 14, 2016 | December 5, 2016 |
| Filing Non-Dispositive Motions | November 21, 2016 | December 12, 2016 |
| Hearing Non-Dispositive Motions | December 19, 2016 | January 9, 2017 |
| Filing Dispositive Motions | January 6, 2017 | January 27, 2017 |
| Hearing Dispositive Motions | February 17, 2017 | March 10, 2017 |

GOOD CAUSE appears to modify the Scheduling Order because these very short continuances are needed to complete the depositions of four witnesses. These witnesses were scheduled for deposition on August 15, 2016, and August 22, 2016. However, defense counsel began a three week trial on August 9, 2016, in the United States District Court, Eastern District in the case of *Naff, et al. v. State Farm General Insurance Company*, Case No. 1:15-CV-00515-JLT and therefore are unavailable on August 15, 2016, and August 22, 2016, for deposition. Therefore additional time is needed to reschedule and take the depositions of the four witnesses.

The requested continuances will not, in any way, affect the March 28, 2017, pretrial date or the trial date of May 2, 2017.

Dated: August 22, 2016                             MARDEROSIAN & COHEN


                                                                    */s/ Michael G. Marderosian*

                                                        By:_____
                                                                Michael G. Marderosian,
                                                                Attorneys for Defendants
                                                                above-named.


Dated: August 22, 2016                             RODRIGUEZ & ASSOCIATES


                                                                    */s/ Chantal Trujillo*

                                                        By:_____
                                                                Chantal Trujillo,
                                                                Attorneys for Plaintiff

# ORDER

The parties having stipulated, and exceptionally good cause appearing, the Court hereby orders that the scheduling order be modified as follows:

| Deadline | Prior Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | August 30, 2016 | September 20, 2016 |
| Expert Disclosure | September 19, 2016 | October 10, 2016 |
| Rebuttal Expert Disclosure | October 20, 2016 | November 10, 2016 |
| Expert Discovery Cutoff | November 14, 2016 | December 5, 2016 |
| Filing Non-Dispositive Motions | November 21, 2016 | December 12, 2016 |
| Hearing Non-Dispositive Motions | December 19, 2016 | January 9, 2017 |
| Filing Dispositive Motions | January 6, 2017 | January 27, 2017 |
| Hearing Dispositive Motions | February 17, 2017 | March 10, 2017 |

**IT IS SO ORDERED**.

Dated: August _____, 2016.

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT/EASTERN DISTRICT OF CALIFORNIA