Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:14-CV-01955-JLT<br><br>**STIPULATION TO DISMISS PARTIAL FIRST CAUSE OF ACTION, ENTIRE SIXTH CAUSE OF ACTION, ENTIRE SEVENTH CAUSE OF ACTION, ENTIRE EIGHTH CAUSE OF ACTION AND ENTIRE TWELFTH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. NO. 10];** ~~PROPOSED~~ **ORDER THEREON**<br>**(Doc. 42)** |

　　　　Plaintiff KENT WILLIAMS and Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN and OFFICER ANTHONY McCARTHY, by and through their attorneys of record herein, hereby stipulate and agree that:

1. The part of Plaintiff's **First Cause of Action** for Excessive Use of Force in Violation of the Fourth Amendment Pursuant to 42 U.S.C. Sections 1983, 1988 should be **dismissed with prejudice as to all Defendants**;

2. The Plaintiff's entire **Sixth Cause of Action** for Violation of the Bane Civil Rights Act, California Civil Code Section 52.1 should be **dismissed with prejudice as to all Defendants**;

3. The Plaintiff's entire **Seventh Cause of Action** for Assault Under California Law should be **dismissed with prejudice as to all Defendants**;

4. The Plaintiff's entire **Eighth Cause of Action** for Battery Under California Law should be **dismissed with prejudice as to all Defendants**; and

5. The Plaintiff's entire **Twelfth Cause of Action** for Intentional Infliction of Emotional Distress Under California Law should be **dismissed with prejudice as to all Defendants**.

**IT IS SO STIPULATED**.

Dated: December 8, 2016                       RODRIGUEZ & ASSOCIATES

                                                                     */s/ Chantal Trujillo*
                                                              By:_____
                                                                     Chantal Trujillo,
                                                                     Attorneys for Plaintiff

Dated: December 8, 2016                       MARDEROSIAN & COHEN

                                                                     */s/ Michael G. Marderosian*
                                                              By:_____
                                                                     Michael G. Marderosian,
                                                                     Attorneys for Defendants
                                                                     above-named.

**ORDER**

Pursuant the stipulation of the parties hereto, the Court **ORDERS:**

1. The part of Plaintiff's **First Cause of Action** for Excessive Use of Force in Violation of the Fourth Amendment Pursuant to 42 U.S.C. Sections 1983, 1988 is **dismissed with prejudice as to all Defendants**;

2. The Plaintiff's entire **Sixth Cause of Action** for Violation of the Bane Civil Rights Act, California Civil Code Section 52.1 is **dismissed with prejudice as to all Defendants**;

3. The Plaintiff's entire **Seventh Cause of Action** for Assault Under California Law is **dismissed with prejudice as to all Defendants**;

4. The Plaintiff's entire **Eighth Cause of Action** for Battery Under California Law is **dismissed with prejudice as to all Defendants**; and

5. The Plaintiff's entire **Twelfth Cause of Action** for Intentional Infliction of Emotional Distress Under California Law is **dismissed with prejudice as to all Defendants**.

IT IS SO ORDERED.

Dated: **December 8, 2016**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE