1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA 93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued
                 herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued
10               herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| KENT WILLIAMS, | Case No. 1:14-CV-01955-JLT |
|---|---|
| Plaintiff, | **JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive, | |
| Defendants. | **DATE: February 13, 2017**<br>**TIME: 9:30 a.m.**<br>**LOCATION:**<br>**510 19th Street, Bakersfield, CA**<br>**JUDGE: Hon. Jennifer L. Thurston** |
| | *Trial Date: May 2, 2017* |

Pursuant to Local Rule 260 and the Court's Scheduling Order, the parties submit the following Joint Statement of Undisputed Facts:

///

///

///

| UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE: | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 1. For approximately five (5) years, Plaintiff Kent Williams was the assistant vice principal at Tevis Junior High, a school located within the Panama Buena Vista Union School District.<br><br>Supporting Evidence<br><br>Deposition of Kent Williams ("Williams Depo."), pp. 19:23-20:6, Exhibit A to the accompanying Declaration of Michael G. Marderosian ("MGM Decl."). | |
| 2. In December 2013, the Plaintiff applied for and obtained a license to carry a concealed weapon from the Kern County Sheriff's Department because he wanted to protect himself and his family.<br><br>Supporting Evidence<br><br>Williams Depo., pp.15:10-16:4, 20:11-14, Exhibit A to MGM Decl. | |
| 3. Following the issuance of his concealed weapons permit, Mr. Williams began bringing a loaded Glock pistol to school nearly everyday.<br><br>Supporting Evidence<br><br>Williams Depo., 21:12-14, Exhibit A to MGM Decl. | |
| 4. In or around late August 2014, Mr. Williams showed the gun to Eric Johnson, a teacher at the opportunity class in Bakersfield. This occurred at Tevis during an "in-service training".<br><br>Supporting Evidence<br><br>Williams Depo., pp. 16:12-18:5, 21:22-25, Exhibit A to MGM Decl.; Deposition of Eric Johnson ("Johnson Depo."), pp. 6:3-10, 8:16-22, 9:7-12, Exhibit C to MGM Decl. | |

| | |
|---|---|
| 5. | Ms. Kincaid called Bakersfield Police Officer Verion Coleman, who had been acting as a school resource officer, to report that Mr. Williams had a gun on campus and that he had displayed the gun to an "unidentified staff member" ( Eric Johnson). |

Supporting Evidence

Deposition of Geraldine Kincaid ("Kincaid Depo."), pp. 19:7-21:2; 21:21-22:5, Exhibit B to MGM Decl.; Deposition of Verion Coleman ("Coleman Depo.") pp. 16:18-18:12, Exhibit G to MGM Decl.

| | |
|---|---|
| 6. | Officer Coleman proceeded to a location where Officer McCarthy was and told him what Ms. Kincaid had said and said that they needed to get to Tevis. |

Supporting Evidence

Coleman Depo., pp. 18:13-24:20, Exhibit G to MGM Decl.

| | |
|---|---|
| 7. | Officer Coleman and McCarthy then pulled over in a neighborhood close to Tevis and parked. Officer Coleman did a records check to see if Mr. Williams had any weapons registered to him and if he had a valid concealed weapons permit. Officer Coleman was told Mr. Williams had seven (7) guns and that he had a concealed weapons permit. |

Supporting Evidence

Coleman Depo., pp. 18:13-24:20, Exhibit G to MGM Decl.

| | |
|---|---|
| 8. | Officer Coleman and Officer Anthony McCarthy proceeded to Tevis Junior High School and ultimately made contact with Mr. Williams and went to his office. |

Supporting Evidence

Coleman Depo., pp. 16:18-24:20, Exhibit G to MGM Decl; Deposition of Anthony McCarthy ("McCarthy Depo."), p. 16:8-11, Exhibit H to MGM Decl.

MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721

9. Officer Coleman informed Mr. Williams that they were on campus because of a call that he might have a gun. Officer Coleman noticed a backpack approximately two feet away from where Mr. Williams was sitting.

Supporting Evidence

Coleman Depo., pp. 16:18-24:20, Exhibit G to MGM Decl.

10. Officer Coleman indicated he wanted to call his supervisor, Sergeant Grubbs, about what to do since Officer Coleman knew he had a CCW permit but it was on school campus.

Supporting Evidence

Coleman Depo., pp. 16:18-24:20, Exhibit G to MGM Decl.; Deposition of Joseph Grubbs ("Grubbs Depo."), pp. 13:18-21, 22:4-13, Exhibit I to MGM Decl.

11. Officer Coleman asked Sergeant Grubbs what he wanted him to do and Sergeant Grubbs replied that he was going to be there and asked if Officer Coleman had a Penal Code book in his car and when Officer Coleman confirmed that he did, Sergeant Grubbs directed him to get it.

Supporting Evidence

Coleman Depo., pp. 16:18-24:20, Exhibit G to MGM Decl.

12. Officer Coleman went out to his car to retrieve the 2014 Penal Code book from his trunk.

Supporting Evidence

Coleman Depo., 16:18-24:20, Exhibit G to MGM Decl.; Grubbs Depo., p. 47:4-10, Exhibit I to MGM Decl.

///

///

///

13. Officer McCarthy then went to the home to retrieve Mr. Williams' additional guns.

    Supporting Evidence

    Deposition of Andrew McCarthy (McCarthy Depo."), pp. 28:9-29:1, Exhibit G to MGM Decl.

14. At the time of the arrest, the police did a pat down of the plaintiff. The Plaintiff was handcuffed and taken to the jail.

    Supporting Evidence

    Williams Depo., pp. 24:13-25:6, Exhibit A to MGM Decl.; Coleman Depo., pp. 38:8-39:25, Exhibit G to MGM Decl.

15. The Plaintiff was arrested and incarcerated for approximately six hours, which included time spent getting medical clearance from Kern County Medical Center.

    Supporting Evidence

    Williams Depo., pp. 23:16-24, Exhibit A to MGM Decl.; Coleman Depo., pp. 38:8-39:25, Exhibit G to MGM Decl.

16. Officer Coleman drove Mr. Williams home.

    Supporting Evidence

    Coleman Depo., pp. 41:2-42:13, Exhibit G to MGM Decl.

Dated: January 6, 2017                MARDEROSIAN & COHEN

                                      By: _/s/ Michael G. Marderosian_____
                                           Michael G. Marderosian,
                                           Attorneys for Defendants above-named.

Dated: January 6, 2017                RODRIGUEZ & ASSOCIATES

                                      _s/s Chantal Trujillo_

                                      By: _____
                                           Chantal Trujillo,
                                           Attorneys for Plaintiff

MARDEROSIAN & COHEN
1260 FULTON MALL
FRESNO, CA 93721