Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued herein as OFFICER COLEMAN) and OFFICER ANTHONY McCARTHY (sued herein as OFFICER McCARTHY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| KENT WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-CV-01955-JLT<br><br>**LODGING OF DEPOSITION TRANSCRIPTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: February 13, 2017**<br>**TIME: 9:30 a.m.**<br>**LOCATION:**<br>**510 19th Street, Bakersfield, CA**<br>**JUDGE: Hon. Jennifer L. Thurston**<br><br>*Trial Date: May 2, 2017* |

Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN and OFFICER ANTHONY McCARTHY and hereby submit and lodge copies of the entire deposition transcripts of the following individuals identified in Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment:

　　1.　　Kent Williams

　　2.　　Geraldine Kincaid

3. Eric Johnson

4. Royce Haislip

5. James Anton

6. Paul Coon

7. Verion Coleman

8. Anthony McCarthy

9. Joseph Grubbs

Dated: January 6, 2017                          MARDEROSIAN & COHEN

                                                                  */s/ Michael G. Marderosian*
                                                        By:_____
                                                                  Michael G. Marderosian,
                                                                  Attorney for Defendants above-named.