# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No.: 1:14-CV-01955 JLT<br><br>ORDER GRANTING IN PART STIPULATION TO EXTEND THE TRIAL DATE<br>(Doc. 46) |

Due to plaintiff's counsel starting a significant trial on May 1, 2017 and defense counsel starting a jury trial on May 8, 2017, the parties have stipulated to continue the trial date to October 9, 2017. (Doc. 46)  Unfortunately, the Court has a trial that week and, though it proposed other dates to counsel, the first date that the Court and counsel are all available is February 12, 2018.  Thus, the Court **GRANTS** the stipulation to continue the trial to **February 12, 2018**.  In addition, the pretrial conference is continued to **December 28, 2017** at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **January 11, 2017**          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE