Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:        Defendants CITY OF BAKERSFIELD, OFFICER VERION COLEMAN (sued
                      herein as OFFICER COLEMAN and OFFICER ANTHONY McCARTHY (sued
                      herein as OFFICER McCARTHY)


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WILLIAMS, | Case No. 1:14-CV-01955-JLT |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL AND WAIVER OF COSTS** |
| vs. | |
| CITY OF BAKERSFIELD, OFFICER COLEMAN, OFFICER McCARTHY, and DOES 1 to 100, inclusive, | |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

        1.        Defendants CITY OF BAKRESFIELD, OFFICER VERION COLEMAN and OFFICER ANTHONY McCARTHY hereby waive recovery of the $9,212.91 in costs awarded to them pursuant to the Cost Bill which was taxed and filed on March 23, 2017, in this matter.  [Dkt. No. 57.]

2.      In exchange for the wavier of costs set forth above, Plaintiff hereby agrees that he will not appeal or otherwise challenge the Order Granting Defendants' Motion for Summary Judgment [Dkt. No. 54] or any subsequent Judgment therefrom.

3.      Pursuant to F.R.C.P. 41(a) and subject to the approval and Order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice.


Dated:  March 31, 2017                          MARDEROSIAN & COHEN


                                                */s/ Michael G. Marderosian*

                                                By:_____
                                                    Michael G. Marderosian,
                                                    Attorneys for Defendants
                                                    above-named.


Dated:  March 31, 2017                          RODRIGUEZ & ASSOCIATES


                                                */s/ Joel Andreesen*

                                                By:_____
                                                    Joel Andreesen,
                                                    Attorneys for Plaintiff

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.


IT IS SO ORDERED.

Dated:  __**March 31, 2017**__          _____**/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE